UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Ducarmel Simon
SS#:  -4104

Case No.: 20-10233-EPK
Chapter 13

Debtor(s).
_____/

## MOTION TO AVOID LIEN IMPAIRING DEBTOR'S EXEMPTIONS
## Re: CITIFINANCIAL, INC. D/B/A CITIFINANCIAL SERVICES, INC.

COMES NOW, the Debtor, Ducarmel Simon, by and through the undersigned attorneys, and files this Motion to Avoid Lien Impairing Debtor's Exemptions pursuant to 11 U.S.C. §522(f)(1)(A) and states:

1. Citifinancial, Inc. D/B/A Citifinancial Services, Inc. has a lien on property of the Debtor, to-wit: Single-family home located at 1443 SE Airoso Blvd., Port Saint Lucie, FL 34983; Legal description: Lot 11, Block 309, PORT ST. LUCIE SECTION TWO, according to the Plat thereof as recorded in Plat Book 12, Pages 12A through 12D, Public Records of Saint Lucie County, Florida; Property ID No.: 3420-505-0543-000/7, which lien was created by the documents attached hereto as Exhibit A.

2. Said lien impairs an exemption to which the Debtor would have been entitled under Fla. Const. Art.X, §4(a)(1), (1968); Fla. Stat. §222.01 & 222.02.

3. Said lien is a judicial lien.

**WHEREFORE**, Debtor requests that this Motion be **GRANTED;** the subject lien be avoided; the claim be classified as an unsecured claim and demands such other and further relief as the Court may deem just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and to: Citifinancial, Inc. D/B/A Citifinancial Services, Inc., 4953 South US Highway 1, Fort Pierce, FL 34982; Citifinancial, Inc. D/B/A Citifinancial Services, Inc., c/o Daniel C. Consuegra, 9204 King Palm Drive, Tampa, FL 33619; Citifinancial Services, Inc. C/o James Schneider (President): 300 St. Paul Place, Baltimore, MD 21202; CT Corporation as Registered Agent for Citifinancial Services, Inc.: 1200 S. Pine Island Road, Plantation, FL 33324; Citifinancial Services, Inc.: PO Box 30509, Tampa, FL 33631; via 1st Class U.S. Mail this 20th day of April, 2020.

/s/ Colin V. Lloyd
Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT
SAINT LUCIE COUNTY
FILE # 2998682 01/23/2007 at 09:19 AM
OR BOOK 2746 PAGE 1134 - 1135 Doc Type: FJDG

ORIGINAL

IN THE COUNTY COURT OF THE NINETEENTH JUDICIAL CIRCUIT OF THE
STATE OF FLORIDA, IN AND FOR ST. LUCIE COUNTY
CIVIL DIVISION

CITIFINANCIAL, INC. D/B/A CITIFINANCIAL
SERVICES, INC.,

    Plaintiff,

vs.

DUCARMEL SIMON

    Defendant(s).

CASE NO. 562006SC002553AXXXHC

_____/

## FINAL JUDGMENT

THIS ACTION was heard after entry of default against defendant(s) and
IT IS ADJUDGED that plaintiff, CITIFINANCIAL, INC. D/B/A
CITIFINANCIAL SERVICES, INC., 4953 SOUTH US HIGHWAY 1, FORT PIERCE, FL
34982, hereby recovers of and from defendant(s), DUCARMEL SIMON, 705 S. 24TH
STREET, FORT PIERCE, FL 34950, the principal sum of $3,740.86; court costs of $292.00;
attorney's fees of $225.00 and interest in the amount of $347.61 for a grand total of
$4,605.47 which shall bear interest at the rate of 9 percent per year in accordance with
Florida Statute 55.03, for all of which let execution issue.

    The lost note is hereby reestablished. Plaintiff is the owner of the note and holds

Exhibit "A"