UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Ducarmel Simon                                    Case No.: 20-10233-EPK
     SS#:    -4104                                         Chapter 13

              Debtor(s).
_____/

## MOTION TO AVOID LIEN IMPAIRING DEBTOR'S EXEMPTIONS
## Re: BENEFICIAL FLORIDA, INC.

COMES NOW, the Debtor, Ducarmel Simon, by and through the undersigned attorneys, and files this

Motion to Avoid Lien Impairing Debtor's Exemptions pursuant to 11 U.S.C. §522(f)(1)(A) and states:

1. Beneficial Florida, Inc. has a lien on property of the Debtor, to-wit: Single-family home located at

1443 SE Airoso Blvd., Port Saint Lucie, FL 34983; Legal description: Lot 11, Block 309, PORT ST. LUCIE

SECTION TWO, according to the Plat thereof as recorded in Plat Book 12, Pages 12A through 12D, Public

Records of Saint Lucie County, Florida; Property ID No.: 3420-505-0543-000/7, which lien was created by the

documents attached hereto as Exhibit A.

2.  Said lien impairs an exemption to which the Debtor would have been entitled under Fla. Const.

Art.X, §4(a)(1), (1968); Fla. Stat. §222.01 & 222.02.

3.  Said lien is a judicial lien.

**WHEREFORE**, Debtor requests that this Motion be **GRANTED;** the subject lien be avoided; the claim

be classified as an unsecured claim and demands such other and further relief as the Court may deem just and

proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern

District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in

Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and to: Beneficial Florida, Inc., c/o Rolfe & Lobello, PA, 720 Blackstone Building, Jacksonville, FL 32202; Beneficial Florida, Inc., Attn.: Kathryn Madison (Pres/Dir), 961 Weigel Drive, Elmhurst, IL 60126; Beneficial Florida, Inc., Attn.: Kathryn Madison (Pres/Dir), 636 Grad Regency Blvd., Brandon, FL 33510; Beneficial Florida, Inc., Attn.: Kathryn Madison (Pres/Dir), 1421 W Share Drive, Suite 100, Arlington Heights, IL 60004;  via 1st Class U.S. Mail this 20th day of April, 2020.

/s/ Colin V. Lloyd
Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

JOANNE HOLMAN, CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
File Number:  1893383 OR BOOK 1373 PAGE 1515
Recorded:03/20/01  11:36

IN THE COUNTY COURT
IN AND FOR
ST. LUCIE COUNTY, FLORIDA

BENEFICIAL FLORIDA, INC.,
a corporation,
        Plaintiff,

vs.

CASE NO.:  00-SC-002321
DIVISION:

DUCARMEL SIMON,
        Defendant(s).

_____

## FINAL JUDGMENT

The Court finding that the Defendant(s), DUCARMEL SIMON, is/are indebted to the Plaintiff, BENEFICIAL FLORIDA, INC., a corporation, in the principal sum of $1,550.91, plus $379.62 interest, plus $300.00 attorneys fees, plus costs herein taxed at $119.50, it is;

ADJUDGED that the Plaintiff, BENEFICIAL FLORIDA, INC., a corporation, recover from the Defendant(s), DUCARMEL SIMON, the principal sum of $1,550.91, plus interest in the sum of $379.62, plus $300.00 attorneys fees, for a total of $2,230.53, plus costs herein taxed at $119.50, which shall accrue post-judgment interest at the statutory rate of ten percent (10%) per annum from the date of this judgment until paid, for all of which let execution issue.

DONE AND ORDERED at Ft. Pierce, St. Lucie County, Florida, this 30 day of NOV , 2000.

JUDGE

Copies to:
Lawrence C. Rolfe, Esquire
720 Blackstone Building
Jacksonville, Florida  32202

Ducarmel Simon (SSN: ▇▇▇▇▇▇ )
2469 Sw Sanson Ln
Port Saint Lucie,  Fl 34953
20002554

Plaintiff's Address is:
Beneficial Florida, Inc
c/o Rolfe & Lobello, P.A.
720 Blackstone Building
Jacksonville, Florida  32202

STATE OF FLORIDA ● ST. LUCIE COUNTY
This Is To Certify That This Is A True And
Correct Copy Of The Records On File In
This Office.
JoANNE HOLMAN, CLERK CIRCUIT CO
By _____ D.C. ● Date_____

Exhibit "A"