UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Ducarmel Simon
SS#:    -4104

Case No.: 20-10233-EPK
Chapter 13

Debtor(s).
_____/

MOTION TO AVOID LIEN IMPAIRING DEBTOR'S EXEMPTIONS
Re: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMANY AS SUBROGEE OF EVELYN F. IANNUZZI

COMES NOW, the Debtor, Ducarmel Simon, by and through the undersigned attorneys, and files this Motion to Avoid Lien Impairing Debtor's Exemptions pursuant to 11 U.S.C. §522(f)(1)(A) and states:

1. State Farm Mutual Automobile Insurance Company as Subrogee of Evelyn Iannuzzi has a lien on property of the Debtor, to-wit: Single-family home located at 1443 SE Airoso Blvd., Port Saint Lucie, FL 34983; Legal description: Lot 11, Block 309, PORT ST. LUCIE SECTION TWO, according to the Plat thereof as recorded in Plat Book 12, Pages 12A through 12D, Public Records of Saint Lucie County, Florida; Property ID No.: 3420-505-0543-000/7, which lien was created by the documents attached hereto as Exhibit A.

2. Said lien impairs an exemption to which the Debtor would have been entitled under Fla. Const. Art.X, §4(a)(1), (1968); Fla. Stat. §222.01 & 222.02.

3. Said lien is a judicial lien.

**WHEREFORE**, Debtor requests that this Motion be **GRANTED;** the subject lien be avoided; the claim be classified as an unsecured claim and demands such other and further relief as the Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via electronic filing to **Robin R. Weiner**, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355-9007; **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130, and to: State Farm Mutual Automobile Insurance Company as Subrogee of Evelyn Iannuzzi, P.O. Box 2371, Bloomington, IL 61702-2371; State Farm Mutual Automobile Insurance Company as Subrogee of Evelyn Iannuzzi, c/o Vance, Lotane & Brookhardt, PA, 1980 Michigan Avenue, Cocoa, FL 32922; State Farm Mutual Automobile Insurance Company, Attn.: Lynne M. Yowell (VP), One State Farm Plaza, Bloomington, IL 61710-0001; Chief Financial Officer as Registered Agent for State Farm Mutual Automobile Insurance Company, 200 E. Gaines Street, Tallahassee, FL 32399; via 1st Class U.S. Mail this 20th day of April, 2020.

/s/ Colin V. Lloyd
Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 3260323  OR BOOK 3018  PAGE 723  Recorded 09/29/2008 at 07:23 AM

Case 20-10233-EPK   Doc 36   Filed 04/20/20   Page 3 of 3

EDWIN M. FRY, Jr., CLERK OF THE CIRCUIT COURT - SAINT LUCIE COUNTY
FILE # 3208156  OR BOOK 2974  PAGE 665, Recorded 05/16/2008 at 11:19 AM

IN THE CIRCUIT COURT, IN
THE  JUDICIAL CIRCUIT,
IN AND FOR ST. LUCIE COUNTY, FLORIDA

CASE NO.: 562007CA002542AXXXHC
DIVISION:

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY as subrogee of EVELYN F. IANNUZZI
    Plaintiffs,
        vs.

NICOLE GUILLAUME, an Individual and
DUCARMEL SIMON, an Individual
    Defendants
    _____/



## FINAL JUDGMENT

THIS CAUSE having come before this Court upon Plaintiff's Motion for Final Judgment Based on Default filed herein, and this Court having considered the evidence and being fully advised in the premises, finding it has jurisdiction of the subject matter and over the parties, it is:

ADJUDGED that the Plaintiff, State Farm Mutual Automobile Insurance Company as subrogee of Evelyn F. Iannuzzi, whose address is P.O. Box 2371, Bloomington IL 61702-2371, recover from the Defendant(s), **Ducarmel Simon, 705 S 24th St #B, Ft. Pierce FL 34950**, the principal sum of $50,000.00, with Court costs in the sum of $316.00 and interest in the sum of $0.00 and less payments made in the sum of $700.00, making a Total Sum of $49,616.00, that shall bear interest at the Statutory rate of 11% per year, for which let execution issue. *less any payments made pursuant to stipulation*

IT IS ADJUDGED FURTHER, that pursuant to FL.R.Civ.P.1.560(b), the Defendant shall complete under oath Form 1.977 (Fact Information Sheet), including all required attachments, and serve it on the Plaintiff's Attorney, within **45** days of this Final Judgment; *failure to do so may be considered contempt of court.* Jurisdiction of this case is retained to enter further Orders that are proper to compel the Defendant to complete the Form 1.977.

DONE AND ORDERED in Chambers located in Port St. Lucie, St. Lucie County, Florida this 8 day of May, 2008.

*This case is closed*

_____
BEN L. BRYAN, JR.
Circuit Court Judge

Copies to:
Vance, Lotane & Bookhardt PA, 1980 Michigan Avenue, Cocoa, FL 32922
Nicole Guillaume, 1173 Jessamine Lake Court, Orlando FL 32839-1902
Ducarmel Simon, 705 S 24th St #B, Ft. Pierce FL 34950
200701209.001_59-Z519-833/sda

STATE OF FLORIDA
ST. LUCIE COUNTY
THIS IS TO CERTIFY THAT THIS IS
A TRUE AND CORRECT COPY OF
THE RECORDS ON FILE IN THIS
OFFICE

EDWIN M. FRY, JR., CLERK CIRCUIT COURT
By _Pattie Ma____  D.C.
Date _Jun 2____

Exhibit "A"